**Marquis Aurbach Coffing**
Jason M. Gerber, Esq.
Nevada Bar No. 9812
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jgerber@maclaw.com
*Attorneys for Defendant,*
*Ocean Spray Cranberries, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN DAVIS,<br><br>               Plaintiff,<br><br>vs.<br><br>OCEAN SPRAY CRANBERRIES, INC., BOB ROSS, an individual and DOES 1-50, inclusive,<br><br>               Defendants. | Case Number: 2:17-cv-02795-RFB-VCF<br><br>**STIPULATION AND ORDER TO**<br>**EXTEND DEADLINE FOR RESPONSE** |

Defendant Ocean Spray Cranberries, Inc., by and through its counsel of record, Jason M. Gerber, Esq., of the law firm of Marquis Aurbach Coffing, and Plaintiff Kevin Davis, by and through his counsel of record, Theresa M. Santos, Esq., of the law firm of Watkins & Letofsky, LLP, hereby agree and stipulate as follows:

1. Plaintiff's Complaint was filed on November 6, 2017;

2. Plaintiff served his Complaint on December 8, 2017;

3. The current deadline to respond to Plaintiff's Complaint of December 29, 2017 shall be extended for three (3) weeks; and

4. Defendant Ocean Spray Cranberries, Inc. shall have up to and including January 19, 2018 within which to respond to Plaintiff's Complaint for Damages.

///

///

| | |
|---|---|
| Dated this 26th day of December, 2017. | Dated this 26th day of December, 2017. |
| **MARQUIS AURBACH COFFING** | **WATKINS & LETOFSKY, LLP** |
| By: */s/ Jason M. Gerber, Esq.*<br>Jason M. Gerber, Esq.<br>Nevada Bar No. 9812<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendant,*<br>*Ocean Spray Cranberries, Inc.* | By: */s/ Theresa M. Santos, Esq.*<br>Daniel R. Watkins, Esq.<br>Nevada Bar No. 11881<br>Theresa M. Santos, Esq.<br>Nevada Bar No. 9448<br>8215 So. Eastern Ave., Suite 265<br>Las Vegas, Nevada 89123<br>*Attorneys for Plaintiff,*<br>*Kevin Davis* |

## ORDER

IT IS SO ORDERED:

[signature]

UNITED STATES ~~DISTRICT~~ JUDGE       Magistrate

DATED: 12-26-2017

MAC:15031-001 3281986_1 12/26/2017 9:54 AM