# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Kevin Davis

    Plaintiff(s),

vs.

Ocean Spray Cranberries, Inc.,; Bob Ross, an individual and DOES 1-50, inclusive,

    Defendant(s).

Case #2:17-cv-2795

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Nathan  A.  Schacht_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Baker & Hostetler, LLP
(firm name)

with offices at _____1801 California Street, Suite 4400_____,
(street address)

___Denver___, ___Colorado___, ___80202___,
(city) (state) (zip code)

___303-861-0600___, ___nschacht@bakerlaw.com___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Ocean Spray Cranberries, Inc.___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since October 25, 2010 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Colorado (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC, Colorado | December 20, 2010 | |
| USDC, New York | December 12, 2009 | |
| USDC, Montana | December 20, 2017 | |
| 10th Circuit Court of Appeals | July 27, 2011 | |
| Colorado | October 25, 2010 | 42580 |
| New York | April 27, 2009 | 4715637 |
| Montana | November 20, 2017 | 46224074 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)
None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)
None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
Colorado, New York, Montana

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| June 11, 2015 | Buy v. Host | USDC, NV | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Colorado___ )
COUNTY OF ___Denver___ )

___Nathan A. Schacht___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___18th___ day of ___January___, ___2018___.

___Stephanie Bliss___
Notary Public or Clerk of Court

STEPHANIE LYNN BLISS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20124040285
MY COMMISSION EXPIRES JUNE 28, 2020

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Jason M. Gerber___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___10001 Park Run Drive___,
(street address)

___Las Vegas___, ___Nevada___, ___89145___,
(city) (state) (zip code)

___702-207-6097___, ___jgerber@maclaw.com___.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Jason M. Gerber_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____(signature)_____
(party's signature)

Anna L Mezzano, Senior Corporate Counsel,
(type or print party name, title) Ocean Spray Cranberries

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

9811                    jgerber@maclaw.com
Bar number              Email address

APPROVED:

DATED this 25th day of January, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 5/16

I, Jill Diveley, of the
State Bar of Montana, do hereby certify that

# Nathan A. Schacht

was admitted to the State Bar of Montana on November 20, 2017 and that his name currently appears upon the Roll of Attorneys in this office as an active member. As of today's date, this attorney is in good standing with the State Bar of Montana.*

Dated this 28th day of December, 2017.

*Jill Diveley, Membership Coordinator*

*This does not represent the records of the Office of Disciplinary Counsel, the agency in charge of discipline. To obtain verification or a statement of discipline please contact their office at P.O. Box 1099, Helena, MT 59624 or (406) 442-1648.

33 SOUTH LAST CHANCE GULCH, SUITE 1B • P.O. BOX 577 • HELENA, MONTANA 59624
PHONE (406) 442-7660   FAX (406) 442-7763   WEB SITE: www.montanabar.org

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## NATHAN ANDREW SCHACHT

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **April 27, 2009**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on
January 3, 2018

_Clerk of the Court_

8658

# SUPREME COURT
## State of Colorado



STATE OF COLORADO, ss:

I, __Cheryl Stevens__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__Nathan A. Schacht__

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __25th__ day of __October__ A. D. __2010__ and that at the date hereof the said __Nathan A. Schacht__ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __27th__ day of __December__ A. D. __2017__

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk