# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KEVIN DAVIS,<br><br>        Plaintiff,<br><br>vs.<br><br>OCEAN SPRAY CRANBERRIES, INC., *et al.*,<br><br>        Defendants. | 2:17-cv-02795-RFB-VCF<br>**ORDER** |

Before the Court is Defendant Ocean Spray Cranberries, Inc.'s Unopposed Motion to Withdraw its Motion to Extend Case Deadlines and Vacate Hearing (ECF No. 38).

Accordingly,

IT IS HEREBY ORDERED that Defendant Ocean Spray Cranberries, Inc.'s Unopposed Motion to Withdraw its Motion to Extend Case Deadlines and Vacate Hearing (ECF No. 38) is GRANTED.

IT IS FURTHER ORDERED that the hearing on the Motion to Extend Case Deadlines (ECF NO. 31) scheduled for July 20, 2018 is VACATED.

DATED this 18th day of July, 2018.

                                                              _____
                                                              CAM FERENBACH
                                                              UNITED STATES MAGISTRATE JUDGE