# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN DAVIS,<br><br>    Plaintiff(s),<br><br>v.<br><br>OCEAN SPRAY CRANBERRIES, INC., *et al*.,<br><br>    Defendant(s). | Case No.: 2:17-cv-02795-RFB-VCF<br><br>**Order**<br><br>[Docket No. 55] |

Pending before the Court is the parties' stipulation for Defendant Ocean Spray Cranberries, Inc's representative, Anna Mezzano, to appear telephonically at the Early Neutral Evaluation ("ENE") on December 19, 2018. Docket No. 55. For good cause shown, the Court **GRANTS** the stipulation. Ms. Mezzano shall appear telephonically for the entirety of the ENE session.

IT IS SO ORDERED.

Dated: December 7, 2018

                                                      Nancy J. Koppe
                                                    United States Magistrate Judge